IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL PENKALSKI,

                              Plaintiff,

      v.

NICOLAS BANUELOS,
JOHN D. WILEY, MARK
GUTHIER, ROGER VOGTS
and UNIVERSITY OF WISCONSIN
POLICE DEPARTMENT,

                              Defendants.

ORDER

09-cv-471-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

      Entered this 3d day of August, 2009.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge