# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

PAUL PENKALSKI

v.

NICOLAS BANUELOS, JOHN D. WILEY,
MARK GUTHIER, ROGER VOGTS, UWPD

**JUDGMENT IN A CIVIL CASE**

Case Number: 09-CV-471

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's Motion for Leave to Proceed in forma pauperis (Docket #2) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's complaint (Docket #1) be and the same is hereby **DISMISSED** with prejudice.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

PETER OPPENEER
Clerk of Court

s/ Peter Oppeneer
By: Deputy Clerk

November 24, 2009
Date